REO MOTOR CAR COMPANY OF NEW YORK, INC.,. and Another v. FIREMAN'S FUND INSURANCE COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

GEORGE CAROCOPOS, INC., v. RIDLEY WATTS and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. EDWARD WALTERS.— Motion denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

MARTIN DODT v. SOPHIE DODT.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of HAMBURG AMERICAN LINE for a Stay of the Trial of the Action by FRANK H. KIPP v. HAMBURG AMERICAN LINE, in the City Court of the City of New York.— Motion denied, with ten dollars costs. · Present Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CHARLES W. SOMMER & BRO., INC., v. ALBERT LORSCH & CO., INC.— Motion for leave to appeal or for reargument denied, with ten dollars costs. Motion for stay granted, upon appellant's filing the undertakings required by sections 591 and 593 of the Civil Practice Act. Present — Dowling, P. J., Merrell, Finch and Martin, JJ.

THE FARMERS' LOAN AND TRUST COMPANY, Individually and as Trustee, etc., v. MARYON McCARTER, Individually and as Ancillary Guardian of ANN COOPER HEWITT, and Others, and COOPER UNION FOR THE ADVANCEMENT OF SCIENCE AND ART, and Others.— Motion denied. Present — Dowling, P. J., Merrell, McAvoy, O'Malley and Sherman, JJ.

JOSEPH L. KALLUS, Doing Business, etc., v. BIMBLICK TOY MFG. CO., INC., and Another, Individually and Doing Business, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, McAvoy, O'Malley and Sherman, JJ.

MOJAC FINANCE CO., INC., v. WATERSIDE HOLDING CORPORATION and Another, and THE CONTINENTAL INSURANCE COMPANY.— Motion denied, without prejudice to production of the original answer of defendant Waterside Holding Corporation on the argument of the appeal and reference thereto in respondent's points. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

In the Matter of the Application of 1000 ANDERSON AVENUE CORPORATION and Another against WILLIAM F. DEGAN, Tenement House Commissioner, and Others, and THOMAS H. REYNOLDS.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

In the Matter of CHARLES E. CHERRY, an Attorney.— Motion denied. Present — Dowling, P. J. Merrell, Finch, McAvoy and Sherman, JJ.